

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-18-00169-CR

_____

EX PARTE ZACHARY PISTOLIS

On Appeal from the 202nd District Court
Bowie County, Texas
Trial Court No. 16F0489-202

Before Morriss, C.J., Moseley and Burgess, JJ.
Memorandum Opinion by Justice Burgess

## MEMORANDUM OPINION

Zachary Pistolis has filed an untimely notice of direct appeal from the trial court's denial of his pretrial application for a writ of habeas corpus. We dismiss the appeal for want of jurisdiction.

Pistolis challenged the indictment filed against him in the trial court through a pretrial application for a writ of habeas corpus. The trial court denied that application on October 10, 2017. Pistolis filed a notice of appeal from that order on September 24, 2018. When a trial court denies a pretrial application for habeas corpus relief, the applicant can immediately appeal. *See Ex parte McCullough*, 966 S.W.2d 529, 531 (Tex. Crim. App. 1998); *Green v. State*, 999 S.W.2d 474, 476 (Tex. App.—Fort Worth 1999, pet. ref'd). However, under the Texas Rules of Appellate Procedure, such appeal must be perfected within thirty days of the date the appealable order was entered. *See Green*, 999 S.W.2d at 476. The Texas Court of Criminal Appeals has expressly held that, without a timely notice of appeal, we cannot exercise jurisdiction over an appeal. *See Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996); *see also Slaton v. State*, 981 S.W.2d 208, 209 n.3 (Tex. Crim. App. 1998).

We notified Pistolis by letter that his notice of appeal appeared to be untimely and that the appeal was subject to dismissal for want of jurisdiction. We gave Pistolis ten days to respond to our letter and demonstrate how, notwithstanding the defect herein noted, we had jurisdiction over the appeal. We received no response.

2

Because Pistolis did not timely file his notice of appeal, we dismiss the appeal for want of jurisdiction.

Ralph K. Burgess
Justice

Date Submitted:    October 30, 2018
Date Decided:    October 31, 2018

Do Not Publish